IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTOINETTE MARTINEZ,　　　　　　　　　　　　2:20-CV-00252 GJF/GBW
INDIVIDUAL AND AS PARENT/NEXT
FRIEND OF J.D.M., A MINOR, J.J.M., A
MINOR, AND S.N.M., A MINOR,

　　　Plaintiffs,

vs.

FRANCISCO ESTRADA AND CITY OF LAS CRUCES,
D/B/A LAS CRUCES POLICE DEPARTMENT,

　　　Defendants.

## JOINT MOTION TO DISMISS FRANCISCO ESTRADA WITH PREJUDICE

Plaintiff Antoinette Martinez, Individual and as Parent/Next Friend of J.D.M., a Minor, J.J.M., a Minor, and S.N.M., a Minor, by and through their counsel of record McGraw and Strickland LLC (Margaret Strickland), and Defendant Officer Francisco Estrada, by and through his counsel of record, MYNATT MARTÍNEZ SPRINGER P.C. (Damian L. Martínez) respectfully request this Court dismiss all of Plaintiffs' claims against Officer Francisco Estrada with prejudice.

As grounds therefore, the Plaintiffs state that they have reached a settlement with the City of Las Cruces in this matter and that settlement has been approved by the Court. (Docs. 46 and 47) As a result of the settlement, Plaintiffs no longer wishes to pursue their claims against the Officer Francisco Estrada. The Parties, therefore, request that the Court dismiss all claims against Officer Francisco Estrada with prejudice.

Respectfully submitted,

MYNATT MARTÍNEZ SPRINGER P.C.

By: _____
      DAMIAN L. MARTÍNEZ
      N.M. Bar No. 14678
      P.O. Box 2699
      Las Cruces, NM 88004-2699
      (575) 524-8812
      dlm@mmslawpc.com
      *Attorneys for Defendants*


MCGRAW & STRICKLAND, LLC


By: *Approved via email 4.6.21*
      Margaret Strickland, Esq.
      165 West Lucero Ave.
      Las Cruces, NM 88005
      Ph: (575) 523-4321
      margaret@lawfirmnm.com
      *Attorneys for Plaintiffs*