UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ANTOINETTE MARTINEZ, *as an individual and as parent/next friend of J.D.M., a minor*, J.J.M., *a minor*, and S.N.M., *a minor*,

    Plaintiffs,

v.     Civ. No. 20-252 GJF/GBW

FRANCISCO ESTRADA and CITY OF LAS CRUCES, *d/b/a Las Cruces Police Department*,

    Defendants.

## ORDER GRANTING JOINT MOTIONS TO DISMISS

THIS MATTER is before the Court upon the parties' "Joint Motion to Dismiss Francisco Estrada with Prejudice" [ECF 48] and "Joint Motion to Dismiss City of Las Cruces d/b/a Las Cruces Police Department with Prejudice" [ECF 49] ("Motions"). Having reviewed the Motions and the record and noting the concurrence of the parties, the court finds the Motions to be well taken and therefore **GRANTS** them.

**IT IS THEREFORE ORDERED** that that all of Plaintiffs' claims against Defendants Officer Francisco Estrada and City of Las Cruces d/b/a Las Cruces Police Department are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the above captioned cause is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*