UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ANTOINETTE MARTINEZ, *as an individual and as parent/next friend of J.D.M., a minor*, J.J.M., *a minor*, and S.N.M., *a minor*,

 Plaintiffs,

v.

Civ. No. 20-252 GJF/GBW

FRANCISCO ESTRADA and CITY OF LAS CRUCES, *d/b/a Las Cruces Police Department*,

 Defendants.

## FINAL JUDGMENT

In accordance with Federal Rule of Civil Procedure 58(a), and consistent with the "Order Granting Joint Motions to Dismiss" [ECF 50], this Final Judgment is entered, and the above-captioned case is **DISMISSED WITH PREJUDICE**.

 **SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*